# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :        NO. 648
                                          :
    ORDER AMENDING RULE        :        CIVIL PROCEDURAL RULES
    237.3 OF THE PENNSYLVANIA  :
    RULES OF CIVIL PROCEDURE   :        DOCKET
                                          :
                                          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2016, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 46 Pa.B. 982 (February 27, 2016):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 237.3 is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 1, 2017.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.